# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLOBALTECH OFFSHORE, INC.** | **CIVIL ACTION NO. 11-2321 "K"(4)** |
| Plaintiff, | **Judge Stanwood R. Duval** |
| **V.** | **Mag. Judge Karen Wells Roby** |
| **VICTOR HUGO PROY,** | |
| **EDGAR RAMON MAYORQUIN,** | |
| **ENRIQUE JESUS PAEZ,** | |
| **MATHEW DEVASSYKUTTY, AND** | |
| **LILIANA CHAVEZ** | |
| Defendants**.** | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED EXPARTE MOTION TO WITHDRAW

After considering Defendants' Unopposed *Ex Parte* Motion to Withdraw [Doc. No. 21] in which Defendants seek to withdraw Liliana Chavez Contreras, Mathew Dvassykutty, Edgar Ramon Mayorquin, Enrique Jesus Paez, and Victor Hogo Proy's Motion to Dismiss [Doc. No. 9] and Defendants' Liliana Chavez Contreras and Enrique Jesus Paez's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. No.11] , the Court concludes that the Motion has merit and should be granted.  According,

**IT IS ORDERED** that the Unopposed *Ex Parte* Motion to Withdraw [Doc. 21] filed by Defendants herein is **GRANTED** and Liliana Chavez Contreras, Mathew Dvassykutty, Edgar Ramon Mayorquin, Enrique Jesus Paez, and Victor Hogo Proy's Motion to Dismiss [Dkt. #9] is **WITHDRAWN WITHOUT PREJUDICE**; and Defendants' Liliana Chavez Contreras and

Enrique Jesus Paez's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Dkt. #11] is also **WITHDRAWN WITHOUT PREJUDICE**.

Defendants may re-file their Motions to Dismiss (and/or Amended Motions to Dismiss) within thirty (30) days of Plaintiff's representation that its attempts to achieve service pursuant to the Hague Convention have concluded.

New Orleans, Louisiana, this 7th day of February, 2012.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**